# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Dennis Mcgovern                 CHAPTER 13

<u>Debtor(s)</u>                 BKY. NO. 20-11568 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Select Portfolio Servicing, Inc. and index same on the master mailing list.

                                                      Respectfully submitted,
                                                      **/s/ Rebecca A. Solarz Esquire**
                                                      Rebecca A Solarz, Esquire
                                                      Kevin G. McDonald, Esquire
                                                      KML Law Group, P.C.
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106-1532
                                                      (215) 627-1322