**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE :       **DENNIS MCGOVERN**           :   **CHAPTER 13**

              **DEBTOR**                     :   **BKY. NO. 20-11568**

*NOTICE OF MOTION, RESPONSE DEADLINE*
*AND HEARING DATE*

The Debtor has filed with the Court a *Motion to Extend The Automatic Stay.*
          <u>Your rights may be affected.</u> **You should read these papers
carefully and discuss them with your attorney, if you have one in this
bankruptcy case. (If you do not have an attorney, you may wish to consult an
attorney.)**
          1. If you do not want the court to grant the relief sought in the motion or if you
want the court to consider your views on the motion, then on or before  April 6, 2020
, you or your attorney must do <u>all</u> of the following:
          (a) file an answer explaining your position at the following address:

                    **Clerk  U.S. Bankruptcy Court
                    900 Market Street   Suite 400
                    Philadelphia, PA 19107**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early
enough so that it will be received on or before the date stated above; and
          (b) mail a copy to the Movant's attorney:
                    **JON M. ADELSTEIN, ESQUIRE
                    Adelstein & Kaliner, LLC
                    350 S. Main Street, Suite 105
                    Doylestown, PA 18901
                    (215) 230-4250**

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before Judge Magdeline D. Coleman on April 7 , 2020 at 10:30 AM in courtroom No. 2 at the United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: March 23, 2020