UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DENNIS MCGOVERN          :   BKY. NO. 20-11568

DEBTOR                          :   CHAPTER 13

ORDER FOR EXTENSION OF TIME TO FILE SCHEDULES,
STATEMENT OF FINANCIAL AFFAIRS, MEANS TEST AND PLAN

It is ORDERED that the Debtors shall have until _____April 26, 2020_____ ,2020 to file the Schedules, Statement of Financial Affairs, Means Test and Plan.

BY THE COURT:

March 24, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge