```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                              Case No. 20-11568-mdc
Dennis McGovern                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Christina          Page 1 of 1          Date Rcvd: Mar 25, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.
db            Dennis McGovern,    900 Gates Place,    Warminster, PA   18974

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:
              JON M. ADELSTEIN    on behalf of Debtor Dennis  McGovern jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Select Portfolio Servicing, Inc.
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DENNIS MCGOVERN : BKY. NO. 20-11568

DEBTOR : CHAPTER 13

### ORDER FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, MEANS TEST AND PLAN

It is ORDERED that the Debtors shall have until ___April 26, 2020___ ,2020 to file the Schedules, Statement of Financial Affairs, Means Test and Plan.

BY THE COURT:

March 24, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge