United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dennis McGovern  
     Debtor

Case No. 20-11568-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina     Page 1 of 1     Date Rcvd: May 01, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2020.  
db           Dennis McGovern,    900 Gates Place,    Warminster, PA   18974

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2020 at the address(es) listed below:  
         JON M. ADELSTEIN    on behalf of Debtor Dennis   McGovern jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Select Portfolio Servicing, Inc. bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                              TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Dennis McGovern, | : | |
| Debtor. | : | Bankruptcy No.   20-11568-MDC |

# O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Extend the Automatic Stay beyond 30 days pursuant to 11 U.S.C. §362(c)(3)(B) (the "Motion"),[1] it is hereby **ORDERED** that:

1. Pending further order of this court, the automatic stay is **EXTENDED** with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect until June 9, 2020, unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

2. A further hearing on the Motion shall be held on **June 9, 2020, at 10:30 a.m.**, **in Bankruptcy Courtroom No. 2, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania** to consider further extension of the automatic stay.

3. It is **ORDERED** that the Debtor shall have until **June 2, 2020**, to file the Schedules, Statement of Financial Affairs, Means Test and Plan.

4. Counsel for Debtor shall serve this Order on all interested parties by Electronic Means and/or first-class mail.

---

[1] Bankr. Docket No. 9.

Dated: May 1, 2020

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Jon M. Adelstein, Esquire
Adelstein & Kaliner, LLC
350 S. Main Street, Suite 105
Doylestown, PA 18901

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912