**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Dennis McGovern, | : | |
| Debtor. | : | Bankruptcy No.   20-11568-MDC |

# O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Extend the Automatic Stay beyond 30 days pursuant to 11 U.S.C. §362(c)(3)(B) (the "Motion"), it is hereby **ORDERED** that:

1. Pending further order of this court, the automatic stay is **EXTENDED** with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect until June 16, 2020, unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

2. A further hearing on the Motion shall be held on **June 16, 2020, at 10:30 a.m.**, **in Bankruptcy Courtroom No. 2, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania** to consider further extension of the automatic stay.

3. Counsel for Debtor shall serve this Order on all interested parties by Electronic Means and/or first-class mail.

Dated:   June 9, 2020

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Jon M. Adelstein, Esquire
Adelstein & Kaliner, LLC
350 S. Main Street, Suite 105
Doylestown, PA 18901

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912