IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  DENNIS MCGOVERN | : | CHAPTER 13 |
| DEBTOR | : | BANKRUPTCY NO. 20-11568 |

PRAECIPE

TO THE CLERK:

Kindly mark as withdrawn Debtor's Motion to Extend Automatic Stay.

/s/Jon M. Adelstein
Jon M. Adelstein, Esquire