# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| DENNIS McGOVERN | : | |
| | : | |
| Debtor | : | Bankruptcy No. 20-11568MDC |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated 3/13, 3/20 & 5/1/2020 and this case be and the same is hereby DISMISSED.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

June 24, 2020

Missing Documents:

Proper Form of Petition
Attorney Disclosure Statement
Chapter 13 Plan
Schedules A-J
Statement of Financial Affairs
Summary of Statistical Liabilities B106
Statement of Current Monthly Income B122C-1
Means Test Calculation B122C-2