United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 20-11568-mdc
Dennis McGovern                                                     Chapter 13
              Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Christina        Page 1 of 2        Date Rcvd: Jun 24, 2020
                           Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
db            Dennis McGovern,   900 Gates Place,   Warminster, PA 18974
14482753      American Express,   P. O. Box 1270,   Newark, NJ 07101-1270
14493494      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
              Malvern PA 19355-0701
14482755      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: BANK OF AMERICA,   BOX 15726,   Wilmington, DE 19886-5726)
14482757      CITICARDS,   P. O. BOX 6077,   Sioux Falls, SD 57117-6077
14482758      CITIZENS BANK,   PO BOX 42115,   Providence, RI 02940-2115
14482756      CitiCards,   PO Box 9001037,   Louisville, KY 40290-1037
14489825      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
              c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
14482761      Manley Deas Kochalski, LLC,   PO Box 165028,   Columbus, OH 43216-5028
14482762      +McGovern Consulting Group,   5047 Rosewood Drive,   Doylestown, PA 18902-1280
14482764      +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620
14485723      +Select Portfolio Servicing, Inc.,   c/o Rebecca Ann Solarz,   KML Law Group, P.C.,
              701 Market Street , Suite 5000,   Philadelphia, PA 19106-1541
14482765      TARGET,   PO BOX 59317,   Minneapolis, MN 55459-0317
14482766      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,   P. O. Box 371339,
              Pittsburgh, PA 15250-7339)
14497071      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Jun 25 2020 05:20:56   City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2020 05:19:50
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 25 2020 05:20:51   U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14494995      E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 25 2020 05:19:22   Citizens Bank N.A.,
              One Citizens Bank Way Mailstop: JCA115,   Johnston, RI 02919
14483785      +E-mail/Text: bankruptcy@cavps.com Jun 25 2020 05:20:43   Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
                                                                                    TOTAL: 5


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14482760      Kelly C. Ware
14482754*     American Express,   P. O. Box 1270,   Newark, NJ 07101-1270
14493748*     American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
              Malvern PA 19355-0701
14482759*     CITIZENS BANK,   PO BOX 42115,   Providence, RI 02940-2115
14482763*     +McGovern Consulting Group,   5047 Rosewood Drive,   Doylestown, PA 18902-1280
                                                              TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Christina          Page 2 of 2              Date Rcvd: Jun 24, 2020
                              Form ID: pdf900          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
          JON M. ADELSTEIN    on behalf of Debtor Dennis  McGovern jadelstein@adelsteinkaliner.com,
          jsbamford@adelsteinkaliner.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Select Portfolio Servicing, Inc.
          bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 4

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re                                       :          Chapter 13

                                            :

DENNIS McGOVERN

                                            :

            Debtor              :          Bankruptcy No. 20-11568MDC

ORDER

            AND NOW, it is ORDERED that since the debtor(s) have failed to timely

file the documents required by the orders  dated 3/13, 3/20 & 5/1/2020  and this case be

and the same is hereby DISMISSED.

                                                _____
                                                Magdeline D. Coleman
                                                Chief U.S. Bankruptcy Judge

    June 24, 2020

Missing Documents:

Proper Form of Petition
Attorney Disclosure Statement
Chapter 13 Plan
Schedules A-J
Statement of Financial Affairs
Summary of Statistical Liabilities B106
Statement of Current Monthly Income B122C-1
Means Test Calculation B122C-2